

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of M.S., a child,　　　　* From the 326th District Court
　　　　　　　　　　　　　　　　　　of Taylor County,
　　　　　　　　　　　　　　　　　　Trial Court No. 8412-CX.

No. 11-17-00201-CV　　　　　　　 * January 5, 2018

　　　　　　　　　　　　　　　* Memorandum Opinion by Wright, S.C.J.
　　　　　　　　　　　　　　　　(Panel consists of: Willson, J.,
　　　　　　　　　　　　　　　　Bailey, J., and Wright, S.C.J., sitting
　　　　　　　　　　　　　　　　by assignment)

　　　　This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.